UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CV-35-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| ROUSECO, INC., | ) | |
| Defendant. | ) | |

It is hereby ORDERED that Defendant Rouseco, Inc.'s Motion for Leave to File Sur-Reply [DE-63] is GRANTED such that Defendant may file a sur-reply on or before February 19, 2013.

SO ORDERED.

This the 11 day of February, 2013.

_____
JAMES C. FOX
Senior United States District Judge